## McDermott *v.* Philadelphia Transportation Company, Appellant.

Argued September 13, 1965. *John T. Quinn,* for appellant; *Nathan Berlant,* for appellee.

Judgment affirmed.

MONTGOMERY, J., dissents and would reverse and direct that judgment n.o.v. for the defendant be entered.

FLOOD, J., absent.

## Mauller *v.* Philadelphia et al., Appellant.

Argued September 15, 1965. *Matthew W. Bullock, Jr.,* Deputy City Solicitor, with him *Gerald Gornish,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for appellant; *Arnold M. Kessler,* with him *Bernstein, Bernstein, Harrison & Kessler,* for appellee.

Judgment affirmed.

FLOOD, J., absent.